

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>VINH QUANG HONG LE,<br><br>Defendant | Case No. 21-cr-2404-TWR<br><br>**JUDGMENT OF DISMISSAL AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the information shall be dismissed against Vinh Quang Hong Le without prejudice.

IT IS FURTHER ORDERED bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

DATED: January 7, 2022

HON. TODD W. ROBINSON
UNITED STATES DISTRICT COURT JUDGE